Date signed July 16, 2012



PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KRISTI C. SANCHEZ | : | Case No. 11-34925PM |
| VICTOR M. SANCHEZ, JR. | : | Chapter 13 |
| | : | |
| Debtors | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

**MEMORANDUM TO THE PARTIES**
**(Compensation of Professionals)**

While the court will grant counsel's Motion to Reconsider this court's Order entered July 3, 2012, requiring her to refund all fees received on account of her failure to file the statement required by Fed. Rule of Bankruptcy Proc. 2016(b), the court suggests that counsel familiarize herself with the Local Rules of the United States Bankruptcy Court for the District of Maryland. Local Rule 2016(b) requires:

**RULE 2016-1   -   COMPENSATION OF PROFESSIONALS**

(b) <u>Disclosure of Compensation</u>.  An attorney representing a debtor in a case or in connection with a case must file a Federal Bankruptcy Rule 2016(b) disclosure statement with the petition.  If an attorney commences representation of the debtor in a case or in connection with a case after the filing of the petition, such attorney must file the Federal Bankruptcy Rule 2016(b) disclosure statement at the time representation is commenced.

Counsel's representation that her failure to comply with this Rule was because her "office inadvertently failed to properly docket the due date for the filing of the 2016(B) [sic] form" is no excuse whatsoever as the disclosure must be filed with the petition.

cc:
Sari K. Kurland, Esq., 211 Jersey Lane, Rockville, MD 20850
Victor/Kristi Sanchez, 9501 Kalarama Court, Fort Washington, Md 20744
Nancy S. Grigsby, Trustee, P.O. Box 958, Bowie, MD 20718
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770

**End of Memorandum**